# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| GUEST ASSOCIATES INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 5:14-cv-01356-SGC |
| PRECISION COMPONENTS INTERNATIONAL, INC., | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

This matter was assigned to the undersigned magistrate judge pursuant to the Court's General Order of Referral of Civil Matters to the United States Magistrate Judges of the Northern District of Alabama dated January 14, 2013.[1]  The parties have not consented to the exercise of full dispositive jurisdiction by a magistrate judge pursuant 28 U.S.C. § 636(c).

It is **ORDERED** that each party shall complete the magistrate judge consent form on the CM/ECF system to elect or decline the exercise of magistrate judge jurisdiction by June 22, 2015.  Unlike in the past, a party can **now** complete the consent form electronically and submit it through the Court's CM/ECF filing system at the following web address: https://ecf.alnd.uscourts.gov.  If a party

---

[1] Cases filed on or after January 2, 2015 are assigned in accordance with the procedures set out in the Court's general order of referral dated January 2, 2015.

1

submits the form electronically, the form will be delivered directly to the Clerk of Court. It will not be filed on the docket sheet, and no judge will have access to the form. Alternatively, a party may print the form, complete it manually, and submit it to the clerk's office.

You may withhold consent without adverse consequences. The identity of any party who consents to magistrate judge jurisdiction will remain unknown to the undersigned unless consent is unanimous. The undersigned will only learn of a party's election to consent where all parties have elected to consent. If all parties consent, a magistrate judge will exercise full and final dispositive jurisdiction, and all appeals will lie directly with the appropriate United States Court of Appeals. In the event fewer than all of parties elect to consent, the clerk will not inform the undersigned of the identity of the non-consenting party/parties. If all parties do not consent, this matter will be reassigned to a randomly drawn district judge for all further proceedings after the undersigned files a report and recommendation concerning disposition of this matter.

**DONE** this 27th day of May, 2015.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE